IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KIEONA JUANITA AREAL MANNING,       )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     1:24-cv-655
                                    )
PRINCIPLE LONG TERM CARE            )
INC., and KATHERINE DEFILIPPI,      )
                                    )
          Defendants.               )

**ORDER**

This matter is before this court for review of the Text Recommendation filed on August 8, 2024, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b), (Doc. Ent. 8/08/2024). In the Recommendation, the Magistrate Judge recommends that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Court dismiss this action, brought under the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12101 et seq., against Defendant Katherine DeFilippi, Modile Team Director for Defendant Principle Long Term Care, Inc. No objections were filed within the time limits prescribed by § 636.

In the absence of any objections to the Recommendation, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (Doc. Ent. 8/08/2024), is **ADOPTED. IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this action is hereby **DISMISSED** against Defendant Katherine DeFilippi, Modile Team Director for Defendant Principle Long Term Care, Inc.

This the 15th day of October, 2024.

_____
United States District Judge